**Appeal Reinstated; Order filed July 25, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00751-CV
_____

### YUSUF M. SULTAN, Appellant

### V.

### CA NEW PLAN FIXED RATE PARTNERSHIP, L.P., Appellee

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-46160**

# O R D E R

On October 18, 2012, this appeal was abated for sixty days and the underlying dispute was referred to mediation. The parties have not advised this court whether the case settled in mediation. The record has been filed in this appeal. To date, appellant has not filed a brief or a motion for extension of time to file a brief.

Unless appellant filed a brief with the clerk of this court on or before **August 16, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM